/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CARL MELTON, SR
Full name and prison name of
Plaintiff(s)

v.

CApt. Larry Nixon
Warden Acthinson
Nurse Paula
c/o F. Knight

Sheriff Herbie Johnson
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:07CV1105-WKW
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Autauga County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Autauga County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Herbie Johnson | Sheriff Dept. |
| 2. | Larry Nixon | 136 N Court St |
| 3. | Warden Acthinson | Prattville Al 36067 |
| 4. | Nurse Paula | " |
| 5. | C/o F. Knight | " |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  November 17th 2007, through December 2007,

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Doctor Change My Medicine without every seeing Me / My Medical chart has a listing of My Medical condition, My wife brought My Medicine I Regularly take and it was change

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Nurse Paula constantly denies me medical treatment the Nurse staff gives me my medicine at the wrong time sometimes they withhold and skip days on my medicine. They give me pills I've never seen before I was force to sleep on the floor with my Heart and breathing condition

GROUND TWO: UN Clean Eating utensils and the serving of the sandwiches Daily UN SANitary, The Lunch Menu Daily, Consist of two "Mayonaise Sandwiches" that's All! (Sometimes → Peanut Butter Sandwich)

SUPPORTING FACTS: They Never Ever wash your Eating utensils Jail staff, Trustee's, Trustee uses the same gloves to serve the Entire jail population Daily touching the cart, Doors, walls other inmates hands, sandwiches are in (1) or (2) big plastic Bins for Entire population unwrap in a Big pile

GROUND THREE: clothes are change every (9) to (10) days force to wear stanking, musky clothes or get lock down in your cell will not feed you unless you wear clothes

SUPPORTING FACTS: C/O Knight changes out the Federal inmates clothes on time and skip the County Inmates constantly since I've been here November 17th 2007 to present time Denied, Rasor for shaving every 2 weeks

UNbalance diet, No Fruits, federal Inmates are held here under these conditions

GROUND TWO: You can Read the Newspaper through the turkey meat it just that thin (1) slice per sandwich

SUPPORTING FACTS: The feed you only two Mayonaise sandwiches daily and sometimes peanut butter and bologna sandwiches and nothing to drink with no meals Except on Sunday's you get some old tea that's it

GROUND THREE: _____

SUPPORTING FACTS: Exhibits Attached "A", B, C, D, E

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Crue + unjust Treatment Damages $200,000
I want punitive Damages of $200,000 Dollars
Negligence Damages of $100,000 Dollars

_Carl Melton_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-16-2007
(date)

_Carl Melton_
Signature of plaintiff(s)

-3-

"A"

# QCHC SICK CALL REQUEST

Check one: _____ Dental  ✓ Medical  _____ Mental Health

Name: Carl Melton      Inmate I.D. Number 77501

Social Security No. _____

Housing Unit 7-DORM-pod dayRoom

Medical Problem (be specific): I have Repeatedly ask FoR Medical Attention, foR My Heart condition and Breathing problem and have been denied Repeatedly The Sharp pains in My Chest are severe and Constant

Inmate's Signature: Carl Melton  Date 11/20/2007  Time 10:00 AM

---

FOR MEDICAL UNIT USE ONLY

S: _____

O: T____ P____ RR____ BP____ WT____ Pulse Ox____%

A: _____

P: _____

E: _____

Disposition: _____

Nursing Protocol: _____
Provider's Signature: _____ Date _____ Time _____
Referred to Physician ☐ Appointment Date _____ Time _____

INMATE REQUEST FORM

TO: SHERIFF HERBIE Johnson   DATE: 12-3-2007

"B"

BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:   COPY
NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner. Failure to specifically state your request may result in no action being taken.

## GRIEVANCE FORM

I want to know why you don't Respond back to Any of my Grievance Form's About the way we get fed Lunch. Its not done correctly its unclean one man goes to all of the cell pods and use's the same gloves to serve the sandwiches touching the push cart and walls, Nose, just every thing its unsanitary you can get sick this trustee is passing Germs to everybody's food

INMATE NAME: Carl Melton   POD ASSIGNMENT: 7 pod dayroom

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

OFFICER'S SIGNATURE   DATE

# INMATE REQUEST FORM

TO: Captain NIXON                   DATE: 12-3-2007

**BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:**
NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner. Failure to specifically state your request may result in no action being taken.

COPY

GRIEVANCE FORMS

I am being Denied the proper Medical Treatment not given my medicine at the prescribe time I can't get my blood pressure taken I have to sleep on the floor I can't get my spoon wash or my cup % knight does not give us fresh clothes but every 10 days or more. I'm tired of this mess I've sent you over (10) ten Grievance Forms Already you ain't done nothing yet

INMATE NAME: Carl Melton   ID NO.# 77501      POD ASSIGNMENT: 7-pod dayroom

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

_____
OFFICER'S SIGNATURE                           DATE

**INMATE REQUEST FORM**

TO: SHERIFF HERBIE Johnson          DATE: 12-3-2007

BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:     COPY

NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner. Failure to specifically state your request may result in no action being taken.

GRIEVANCE FORM

I AM being Denied the proper Medical treatment for my condition, I am being given Medicine I've never seen before and not given at the prescribe time, they won't even check my blood pressure. Nurse Paula Gets smart with me and won't listen nor Do anything for me

I have to sleep on the floor, I've sent over (9) nine Grievance forms to Captain Nixon, they don't wash or clean our spoons or cups we wear dirty clothes for over a week

INMATE NAME: Carl Melton    ID NO# 77501    POD ASSIGNMENT: 7-pod day room

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

_____

OFFICER'S SIGNATURE                        DATE

I am a witness to the fact that the Autauga Jail staff does not supply you with clean clothes, and wash your spoons and forks and serve the lunch sandwiches in a unsanitary ~~mass~~ manner never changing gloves and unbalance diet and treated MR Carl Melton wrong in his Medical treatment at the Autauga jail by the Nurse staff.

1. Brandon Ward — Brandon Ward
2. Rondrick Mosley — Rondrick Mosley
3. Larry A. Wells — Larry A Wells
4. Charlie Willson — Charlie Willson
5. Kevin Austin — Kevin Austin
6. James Willis — James Willis
7. Billy Singleton — Billy Singleton

12-16-2007

To: Honorable clerk, MRS Debra Hackett

from: Carl Melton,

re: use My home, as the Return address to this Instant Complaint,

Change of Address

MR. CARL        Melton SR
178 County RD 40 West
Prattville, Al  36067-3002

Mail to the Above Address the Court Response to this Instant Complaint

Thank you very much

Carl Melton SR

I should be out before you make a Judgement on this Instant complaint so I'm Requesting that you send to My Home Address Above.