| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece. | A. Signature<br>X *[signature]*  ☐ Agent  ☐ Addressee |
| | B. Received by ( *Printed Name* )  *Barbara E Rhodes*  C. Date of Delivery  12-26-07 |
| Warden Acthinson<br>Autauga Metro Jail<br>136 North Court Street<br>Prattville, AL 36067 | address different from item 1?  ☐ Yes<br>nter delivery address below:  ☐ No<br><br>07cv1105<br>*[handwriting]* |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0000 0024 7793 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540