| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you. | A. Signature<br>X *[signature]*   ☐ Agent  ☐ Addressee |
| Sheriff Herbie Johnson<br>Autauga Metro Jail<br>136 North Court Street<br>Prattville, AL 36067 | B. Received by (*Printed Name*)   C. Date of Delivery<br>*[illegible] Hayes*   12-27-07 |
| | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>*07cv1105*<br>*[handwritten]* |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from service label*)   7007 1490 0000 0024 8714 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540