| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece | A. Signature<br>X _Barbara B. Rhodes_  ☐ Agent  ☐ Addressee |
| | B. Received by ( *Printed Name* ) _Barbara C. Rhodes_ | C. Date of Delivery 12-26-07 |
| F. Knight<br>Autauga Metro Jail<br>136 North Court Street<br>Prattville, AL  36067 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv1105<br>POYCM |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)     ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7007 1490 0000 0024 7779 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540