| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Barbara G Rhodes  C. Date of Delivery 12-26-07 |
| Nurse Paula<br>Autauga Metro Jail<br>136 North Court Street<br>Prattville, AL 36067 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>07cv1105<br>PO+CMP |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0024 7786 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |