THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL MELTON, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    2:07-CV-1105-WKW |
| | )          [WO] |
| | ) |
| CAPT. LARRY NIXON, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **ORDER**

On January 22, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #11) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #11) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for plaintiff's failure to prosecute this action and to comply with the orders of this court.

An appropriate judgment will be entered.

Done this 19th day of February, 2008.

                                        /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE